KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com

Attorneys for Defendant Double M Construction
dba Classic Homes

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, ET AL.,<br><br>Plaintiff,<br><br>vs.<br><br>DOUBLE M. CONSTRUCTION dba: CLASSIC HOMES, a Nevada corporation,<br><br>Defendant. | CASE NO. 2:13-cv-02156-JCM-NJK<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL** |

Defendant, Double M Construction dba Classic Homes, hereby substitutes Kevin R. Stolworthy, Esq., of the law firm of Armstrong Teasdale LLP, as its attorney of record in the place and stead of the law firm of Stovall & Associates.

DATED this 9th day of September, 2014.     By: _____
                                                Double M Construction dba Classic Homes
                                                Print Name: Russell Meads
                                                Its: President

1

Leslie Mark Stovall, Esq. and Ross H. Moynihan, Esq., of the law firm of Stovall & Associates, hereby consent to the substitution of Kevin R. Stolworthy, Esq. of the law firm of Armstrong Teasdale LLP as attorney of record for Double M Construction dba Classic Homes in its place and stead.

DATED this 9th day of September, 2014.

STOVALL & ASSOCIATES

By _____
LESLIE MARK STOVALL, ESQ.
Nevada Bar #2566
ROSS H. MOYNIMAN, ESQ.
Nevada Bar #11848
2301 Palomino Lane
Las Vegas, Nevada 89107

Kevin R. Stolworthy, Esq. of the law firm of Armstrong Teasdale LLP, hereby consents to its substitution of record for Double M Construction dba Classic Homes in the place and stead of Stovall & Associates.

DATED this 11th day of September, 2014.

ARMSTRONG TEASDALE LLP

By: _____
KEVIN R. STOLWORTHY, ESQ.
Nevada Bar #2798
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

IT IS SO ORDERED.
Dated: September 11, 2014

_____
United States Magistrate Judge