1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

10  PROBUILDERS SPECIALTY INSURANCE                )          Case No. 2:13-cv-02156-JCM-NJK
    COMPANY, et al.,                                )
11                                                  )
                        Plaintiff(s),               )          ORDER SETTING HEARING
12                                                  )
    vs.                                             )
13                                                  )
    DOUBLE M CONSTRUCTION., et al.,                 )
14                                                  )
                        Defendant(s).               )
15  _____)

16          Pending before the Court is a renewed stipulation to extend deadlines.  Docket No. 13.  The

17  Court hereby SETS a hearing on that stipulation for September 24, 2014, at 3:30 p.m. in Courtroom 3A.

18          IT IS SO ORDERED.

19          DATED: September 18, 2014

20                                                  _____
                                                    NANCY J. KOPPE
21                                                  United States Magistrate Judge

22
23
24
25
26
27
28