# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>DOUBLE M. CONSTRUCTION,<br><br>Defendant(s). | Case No. 2:13-cv-02156-JCM-NJK<br><br>ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY<br><br>(Docket No. 15) |

    Pending before the Court is a motion for John Podesta to appear telephonically at the hearing set for September 24, 2014. Docket No. 15. The motion is hereby GRANTED. Mr. Podesta may appear telephonically at that hearing by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

    IT IS SO ORDERED.

    DATED: September 22, 2014

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge