UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALITY INSURANCE COMPANY, et al., | )<br>)<br>) |
| Plaintiff(s), | ) Case No. 2:13-cv-02156-JCM-NJK |
| vs. | ) NOTICE REGARDING<br>) EX PARTE COMMUNICATIONS |
| DOUBLE M. CONSTRUCTION, et al., | ) |
| Defendant(s). | ) |

On October 31, 2014, the Court received a lengthy voice message from Plaintiff's counsel inquiring whether leave from the Court was required to file an amended complaint. *Ex parte* communications with the Court are generally prohibited. *See, e.g.*, Local Rule 7-6(a). Parties and counsel may not contact Court personnel to discuss matters pending in their case. The Court further reminds the parties and counsel that they must abide by the local rules and Court orders, and that failure to do so may result in the imposition of sanctions in the future. *See, e.g.*, Local Rule IA 4-1.

IT IS SO ORDERED.

DATED: November 3, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge