# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PROBUILDERS SPECIALITY
INSURANCE COMPANY,

               Plaintiff(s),

vs.

DOUBLE M. CONSTRUCTION,

               Defendant(s).

Case No. 2:13-cv-02156-JCM-NJK

ORDER GRANTING MOTIONS
FOR LEAVE TO AMEND

(Docket Nos. 20, 21)

       Pending before the Court is Plaintiff's motion for leave to file an amended complaint. Docket No. 21. That motion was filed on October 31, 2014, and no response was filed in opposition. Accordingly, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). Pursuant to Local Rule 15-1(b), no later than November 25, 2014, Plaintiff shall file and serve the amended complaint.

       Also pending before the Court is Defendant's motion for leave to file an amended answer to assert a counterclaim and new affirmative defenses. Docket No. 20. That motion was filed on October 31, 2014, and no response was filed in opposition. Accordingly, the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). In light of the Court order granting Plaintiff's motion to file an amended complaint, Defendant need not file and serve its proposed Amended Answer. Instead, Defendant may add the new counterclaim and affirmative defenses when it files its pleading responsive to the Amended Complaint. *See, e.g.*, Fed. R. Civ. P. 15(a)(3).

       IT IS SO ORDERED.

       DATED: November 20, 2014

                                   _____
                                   NANCY J. KOPPE
                                   United States Magistrate Judge