UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALITY INSURANCE COMPANY, et al.,<br><br>           Plaintiff(s),<br><br>vs.<br><br>DOUBLE M. CONSTRUCTION,<br><br>           Defendant(s). | Case No. 2:13-cv-02156-JCM-NJK<br><br>ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE<br><br>(Docket No. 33) |

       Pending before the Court is a joint motion for a settlement conference. Docket No. 33. Whether to set a settlement conference is a matter left to the broad discretion of the Court. *See* Local Rule 16-5. In this instance, the settlement conference sought does not appear practicable for several reasons, including that (a) the parties seek to include in that settlement conference possible resolution of the underlying state court class action, a case over which this Court has no jurisdiction, and (b) it does not appear feasible for this Court to schedule the settlement conference within 60 days, as requested by the parties. Accordingly, the joint motion for a settlement conference is hereby DENIED without prejudice.

       IT IS SO ORDERED.

       DATED: January 30, 2015

                                                                 _____<br>
                                                                     NANCY J. KOPPE<br>
                                                                       United States Magistrate Judge