**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROBUILDERS SPECIALITY INSURANCE COMPANY, ) | Case No. 2:13-cv-02156-JCM-NJK |
| Plaintiff(s), ) | ORDER DENYING MOTION TO SEAL WITHOUT PREJUDICE |
| vs. ) | (Docket No. 71) |
| DOUBLE M. CONSTRUCTION, ) | |
| Defendant(s). ) | |

        Pending before the Court is Plaintiff's motion to seal.  Docket No. 71.  As this Court has made clear previously, its entry of the stipulated protective order did not include a finding that any particular documents were entitled to secrecy and, instead, a motion to seal must be filed concurrently with any sealed materials that addresses the relevant standards for sealing.  Docket No. 61.  The pending motion to seal fails to address the relevant standards.  Moreover, the Court is unclear how sealing of the materials is proper when it appears that Plaintiff has also excerpted them in a publicly-filed motion.  *See* Docket No. 73 at 5.  Accordingly, it is hereby **DENIED** without prejudice.  The Clerk's Office is **INSTRUCTED** to keep Docket No. 75 sealed for the time being.  Any renewed motion to keep those materials sealed must address the applicable standards and must be filed no later than July 31, 2015.  The failure to do so may result in the Court unsealing those materials.

        IT IS SO ORDERED.

        DATED: July 24, 2015

                                        _____
                                        NANCY J. KOPPE
                                        United States Magistrate Judge