1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 9 PROBUILDERS SPECIALITY | ) |
| 10 INSURANCE COMPANY, | ) Case No. 2:13-cv-02156-JCM-NJK |
| | ) |
| 11 Plaintiff(s), | ) ORDER GRANTING MOTION TO SEAL |
| | ) |
| 12 vs. | ) |
| | ) (Docket No. 84) |
| 13 DOUBLE M. CONSTRUCTION, | ) |
| | ) |
| 14 Defendant(s). | ) |
| | ) |

15    Pending before the Court is Defendant's motion to seal, Docket No. 84, which is hereby

16 **GRANTED** for the reasons stated in Docket No. 80.

17    IT IS SO ORDERED.

18    DATED: August 12, 2015

19
20 _____
NANCY J. KOPPE
United States Magistrate Judge

21
22
23
24
25
26
27
28