UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE COMPANY, ET AL., <br><br> Plaintiff, <br><br> vs. <br><br> DOUBLE M. CONSTRUCTION dba: CLASSIC HOMES, a Nevada corporation, <br><br> Defendant. | CASE NO. 2:13-cv-02156-JCM-NJK <br><br><br> **JUDGMENT IN CIVIL ACTION** |
| DOUBLE M. CONSTRUCTION dba: CLASSIC HOMES, a Nevada corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> PROBUILDERS SPECIALTY INSURANCE COMPANY, <br><br> Counterdefendant. | |

The court has ordered that Plaintiff is entitled to Summary Judgment in its favor (Doc 69) on the grounds that there is no coverage under Plaintiffs' policies and therefore no duty to defend or indemnify Defendant Double M Construction dba: Classic Homes relative to that action entitled *Erbe, et al v Double M.Construction et al,* Nye County District Court Case number 34025.  Plaintiff is entitled to recover the costs incurred in defending that case.

The Court also ruled that Plaintiff is entitled to judgment on Defendant's Counter Claim, and

1

1514906v.1

denied Defendant's Motion for Reconsideration and Granted Plaintiffs motion to enter judgment, but Denied the total amount sought, so that judgment is to be entered in a reduced amount.(See Order Doc 89)

Judgment is to be entered in favor of Plaintiff and against Defendant on the First Amended Complaint in the amount of **$112,370.50**.

Judgment is also to be entered in favor of Plaintiff and against Defendant on Defendant Double M Construction's counter-claim.

Dated: April 1, 2016

By: /s/ James C. Mahan
United States District Court Judge

2

1514906v.1